[Crim. No. 284.   Second Appellate District.—March 17, 1913.]

In the Matter of the Application of GEORGE WORTHING-TON for a Writ of Habeas Corpus.

CRIMINAL LAW—USE OF AUTOMOBILE ON HIGHWAY—SUFFICIENCY OF COMPLAINT.—A complaint that charges the violation of the act governing the use of automobiles on public highways, which does not aver that the defendant used or operated his automobile on a public highway, fails to state a public offense.

APPLICATION for Writ of Habeas Corpus.

The facts are stated in the opinion of the court.

Jas. W. Bell, for Petitioner.

A. E. Koepsel, for Respondent.

THE COURT.—It appearing to the court that the act which petitioner is charged with having violated is one entitled, an act governing the use of automobiles upon public highways, and it not being averred in the complaint that the defendant used or operated his automobile upon a public highway, the complaint failed to state any public offense, and for that reason it is ordered that petitioner be discharged, and that the money deposited in lieu of bail be returned.